*P/SEND*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-2406-GHK (JCx) | Date | September 27, 2013 |
|---|---|---|---|
| Title | *Kourtney Kardashian, et al. v. Ellen Pearson* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order re**: Plaintiffs' Motion for Sanctions [Dkt. No. 22]

On August 30, 2013, Plaintiffs filed a Motion for Sanctions pursuant to Local Rule 83-7 ("Motion"). Plaintiffs contend they are entitled to costs and fees incurred as a result of the alleged failure of Defendant's counsel to satisfy Local Rule 7-3's meet and confer requirement before filing her Motion for Leave to File Counterclaim. We have considered the Parties' briefing in support of and in opposition to the Motion. The Motion is **DENIED**.

**IT IS SO ORDERED.**

:

Initials of Deputy Clerk   IR for Bea