JS - 6

**FILED: 5/16/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KOURTNEY KARDASHIAN, et al     )
                               )
            Plaintiff,         )
                               )   **CASE NO. 13-2406  GHK (JCx)**
        vs.                    )
                               )
ELLEN PEARSON, et al           )   **ORDER OF DISMISSAL**
                               )
            Defendants.        )
_____)

   The parties having gone before Judge Gandhi for settlement conference and the Court having been advised that the above-entitled action has been settled,

   **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FORTY-FIVE (45) DAYS**, to reopen the action if settlement is not consummated.

DATED:  5/16/14

                                            _____
                                            GEORGE H. KING
                                            CHIEF U. S. DISTRICT JUDGE